# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKS INTEGRATED MARKETING, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals,* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendant. | CIVIL ACTION NO.:  2:25-cv-8617<br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PURSUANT TO FED. R. CIV. P. RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants states as follows:

1. Brooks Integrated Marketing, LLC is a Delaware limited liability company with its principal place of business in Florida.

2. No publicly held corporation owns 10% or more of Brooks Integrated Marketing, LLC.

Dated:  June 9, 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Aaron Van Nostrand*
Aaron Van Nostrand
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Aaron.vannostrand@gtlaw.com
*Attorneys for Defendant*
*Brooks Integrated Marketing, LLC*