

Aaron Van Nostrand
Tel 973.443.3557
Aaron.vannostrand@gtlaw.com

May 14, 2025

**VIA ECF**
Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Atlas Data Privacy Corp, et al. v. Brooks Integrated Marketing, LLC*
             **Civil Action No. 1:25-cv-08617**

Dear Sir/Madam:

    This firm represents Defendants Brooks Integrated Marketing, LLC ("Defendant") in the above-referenced matter. On June 9, 2025 Defendant filed a Notice of Removal from the Superior Court of New Jersey, Law Division. Currently, Defendant's response is due no later than June 16, 2025.

    By this letter, Defendant hereby invokes Local Rule 7.1, which authorizes an automatic extension for the filing of responsive papers. No previous extension has been made by Defendant. Therefore, Defendant's responsive papers are now due June 30, 2025.

    We thank the Court for its consideration.

                                          Respectfully submitted,

                                          */s/ Aaron Van Nostrand*
                                          Aaron Van Nostrand

cc: Counsel of record (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
\* OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
\*\* STRATEGIC ALLIANCE
∞ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA, USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7915 ■ Fax 973.301.8410