AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Atlast Data Privacy Corporation, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-08617 |
| Brooks Integrated Marketing, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brook Integrated Marketing, LLC                                                                 .

Date:    06/11/2025

/s/ David E. Sellinger
*Attorney's signature*

David Sellinger (008512008)
*Printed name and bar number*

Greenberg Traurig, LLP
500 Campus Drive, Suite 40
Florham Park, NJ 07932
*Address*

sellingerd@gtlaw.com
*E-mail address*

(973) 360-7900
*Telephone number*

(360) 301-8410
*FAX number*