UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee who are Covered Persons, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>        Plaintiffs,<br><br>vs.<br><br>BROOKS INTEGRATED MARKETING, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | Civil Action No. 1:25-cv-08617-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Robert W. Ferguson, Esq., of Stern Kilcullen & Rufolo, LLC, hereby enters an appearance on behalf of Plaintiffs, Atlas Data Privacy Corporation, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively, "Plaintiffs"), in the above-referenced matter and respectfully requests copies of all further notices, pleadings, papers, and other material relevant to this action.

Dated: June 14, 2025

        **STERN KILCULLEN & RUFOLO, LLC**
        325 Columbia Turnpike, Suite 110
        Florham Park, NJ 07932
        T: (973) 535-2607
        rferguson@sgklaw.com

        *Attorneys for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev*

         /s/ Robert W. Ferguson
        Robert W. Ferguson