UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**  **DOCKET NO.:** 25-8617 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
BROOKS INTEGRATED MARKETING, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:  STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:  1:18p.m.    Time Adjourned:  1:22p.m.    Total Time in Court: 0:04