**STERN, KILCULLEN & RUFOLO, LLC**
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932
T: (973) 535-2607
*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee who are Covered Persons, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>      Plaintiffs,<br><br>vs.<br><br>BROOKS INTEGRATED MARKETING, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>      Defendants. | Civil Action No. 1:25-cv-08617-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Carla M. Zavala, Esq., of Stern Kilcullen & Rufolo, LLC hereby enters an appearance on behalf of Plaintiffs Atlas Data Privacy Corporation, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively, "Plaintiffs") in the above-referenced matter and respectfully requests copies of all further notices, pleadings, papers, and other material relevant to this action.

Dated: June 17, 2025

                                             **STERN KILCULLEN & RUFOLO, LLC**
                                             *Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev*

                                                  */s/ Carla M. Zavala*
                                                    Carla M. Zavala