

Aaron Van Nostrand
Tel 973.443.3557
Aaron.vannostrand@gtlaw.com

October 17, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:   *Atlas Data Privacy Corp, et al. v. Brooks Integrated Marketing, LLC*
              Civil Action No. 1:25-cv-08617

Dear Judge Bartle:

      This firm represents Defendant Brooks Integrated Marketing, LLC ("Defendant") in the above-referenced matter. On September 12, 2025, the Court entered an Order directing Defendant to file any Rule 12 motion by today. Plaintiffs and Defendant currently are attempting to finalize a settlement of this action. Accordingly, Defendant respectfully requests a two-week extension of time to file its Rule 12 motions. Plaintiffs consent to this extension.

      We thank the Court for its consideration.

                                            Respectfully submitted,

                                            */s/ Aaron Van Nostrand*
                                            Aaron Van Nostrand

cc: Counsel of record (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
∞ STRATEGIC ALLIANCE
= OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.