```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROOKS INTEGRATED MARKETING, LLC, et al. | : | No. 25-8617 |

<u>ORDER</u>

AND NOW, this 20th day of October 2025, pursuant to the letter request of the defendant Brooks Integrated Marketing, LLC, it is hereby ORDERED that:

(1) the court's September 12, 2025 Order is VACATED as to this defendant;

(2) All pretrial motions under Rule 12 of the Federal Rules of Civil Procedure, together with supporting briefs, shall be filed on or before October 31, 2025;

(3) Defendants may rely on and reference briefs of other Defendants previously filed in related Daniel's Law cases;

(4) With respect to any motion under Rule 12(b)(6), plaintiffs shall file any responsive briefs on or before November 28, 2025 and likewise may rely on and reference previously filed briefs;

(5) Defendants shall file any reply briefs on or before December 12, 2025;

(6) With respect to any motion under Rule 12(b)(2), plaintiffs may serve interrogatories only on or before October 28, 2025;

(7) Defendants shall serve answers to the interrogatories on or before November 28, 2025;

(8) Plaintiffs may then take depositions limited to the issue of personal jurisdiction. All such depositions shall be completed by December 22, 2025; and

(9) No further briefing on motions under Rule 12(b)(2) shall take place without further order of court.

BY THE COURT:

/s/  Harvey Bartle III
                      J.