**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
          jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**
Aaron Van Nostrand
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel. 973-443-3557
Email: Aaron.vannostrand@gtlaw.com

*Attorneys for Defendant*
*Brooks Integrated Marketing, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BROOKS INTEGRATED MARKETING, LLC, et al., <br><br> Defendants. | No. 2:25-cv-8617 |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively "Plaintiffs") and Defendant Brooks Integrated Marketing, LLC ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated November 25, 2025 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By:     /s/ Jessica A. Merejo
       JESSICA A. MEREJO

**GREENBERG TRAURIG LLP**
*Attorneys for Defendant*

By:     /s/ Aaron Van Nostrand
       AARON VAN NOSTRAND